UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-49(1) RM |
| | ) | |
| DION DAVIS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 21, 2010 [Doc. No. 45]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Dion Davis' plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 2113(d) and 2 and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   July 12, 2010

    /s/ Robert L. Miller, Jr.
Judge
United States District Court